# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| WILLIE CLARENCE WEST, JR., | |
| Plaintiff, | |
| VS. | NO. 5:11-CV-40 (MTT) |
| HUBERT MCCRAE, | Proceedings Under 42 U.S.C. §1983 |
| Defendant. | Before the U.S. Magistrate Judge |

## ORDER

Before the Court is Defendant's Motion to Stay (Doc. 12) wherein he requests that discovery in this action be stayed pending resolution of his pending Motion to Dismiss (Doc. 9). Given the nature of the Motion to Dismiss, it is in the interests of justice to stay discovery pending resolution of the motion, in order to avoid any potentially unnecessary costs and burdens associated with further litigation. Accordingly, the motion is **GRANTED**. Discovery shall be **STAYED** until the Defendant's Motion to Dismiss has been resolved.

**SO ORDERED**, this 27th day of April, 2011.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge